UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

In Re:

Arthur and Diane Thompson

**Order Filed on March 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-32649

Chapter: 13

Judge: ABA

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____debtors_____ :

Property: 6173 Irving Ave Pennsauken, NJ 08109

Creditor: America's Servicing Company (ASC)

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____debtors_____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____6/20/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:
Arthur F. Thompson
Diane A. Thompson
    Debtors

Case No. 16-32649-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 28, 2017
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2017.
db/jdb        +Arthur F. Thompson,    Diane A. Thompson,    6173 Irving Ave,    Merchantville, NJ 08109-5322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2017 at the address(es) listed below:
           Denise E. Carlon     on behalf of Creditor     Deutsche Bank National Trust Company, as Trustee for
           Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series
           2007-HE6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
           Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
           James Patrick Shay     on behalf of Creditor     DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2007-HE6 james.shay@phelanhallinan.com
           Michael Frederick Dingerdissen     on behalf of Creditor     DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
           TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE6, MORTGAGE PASS-THROUGH CERTIFICATES,
           SERIES 2007-HE6 nj.bkecf@fedphe.com
           Seymour    Wasserstrum     on behalf of Joint Debtor Diane A. Thompson mylawyer7@aol.com,
           ecf@seymourlaw.net
           Seymour    Wasserstrum     on behalf of Debtor Arthur F. Thompson mylawyer7@aol.com,
           ecf@seymourlaw.net
           U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                 TOTAL: 8