Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 16−32649−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Arthur F. Thompson | Diane A. Thompson |
| 6173 Irving Ave | 6173 Irving Ave |
| Merchantville, NJ 08109 | Merchantville, NJ 08109 |

Social Security No.:
  xxx−xx−6028                                            xxx−xx−6058

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on September 26, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 44 − 43
Order Granting Application for Extension of Loss Mitigation (Related Doc # 43). Loss Mitigation Period Extended to: 12/19/17. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/26/2017. (bc)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 26, 2017
JAN: bc

                                                                                                 Jeanne Naughton
                                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Arthur F. Thompson
Diane A. Thompson
    Debtors

Case No. 16-32649-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 26, 2017
                          Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2017.
lm         America's Servicing Company (ASC),    PO Box 10335,    Des Moines, IA    50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                                     Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
       Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
       MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
       2007-HE6 nj.bkecf@fedphe.com
       Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series
       2007-HE6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
       Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
       James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
       MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
       2007-HE6 james.shay@phelanhallinan.com
       Seymour   Wasserstrum    on behalf of Joint Debtor Diane A. Thompson mylawyer7@aol.com,
       ecf@seymourlaw.net
       Seymour   Wasserstrum    on behalf of Debtor Arthur F. Thompson mylawyer7@aol.com,
       ecf@seymourlaw.net
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 8