785562
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
 Attorneys for Secured Creditor: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE6
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on November 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DIANE A. THOMPSON
ARTHUR F. THOMPSON

Case No: 16-32649 - ABA

Hearing Date: 01/10/2018

Judge:  Andrew B. Altenburg, Jr

# ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: November 14, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**NJID 785562**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE6,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE6

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

DIANE A. THOMPSON
ARTHUR F. THOMPSON

CASE NO. 16-32649 - ABA

CHAPTER 13

Debtors

ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 01/10/2018

This Order pertains to the property located at 6173 Irving Avenue, Pennsauken, NJ 08109-5322, mortgage account ending with "8480";

THIS MATTER having been brought before the Court by SEYMOUR WASSERSTRUM, Esquire attorney for Debtors, DIANE A. THOMPSON, ARTHUR F. THOMPSON upon the filing of a Chapter 13 Plan, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE6 by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; substance and entry of the within Order; and for other and good cause shown:

IT IS on the                  day of                    , 2017, ORDERED as follows:

1.    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE6 has filed a valid, secured Proof of Claim in the amount of **$103,387.44** (claim no. 4).

2.    The Trustee is authorized not to pay the secured arrearage claim of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE6 in the amount of **$103,387.44** (claim no. 4), so Debtors can apply and potentially complete a loan modification. Should the Debtors qualify for a loan modification, the loan modification must be approved no later than **December 17, 2017 or as extended by the Court**.

3. If Loan Modification is approved, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE6 shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

4. If a loan modification is not approved by **December 17, 2017**, **or as extended by the Court,** the Debtors shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

5. Debtors acknowledge that adequate protection payments must be made to Secured Creditor pursuant to the Court's Loss Mitigation Order.  In the event the loss mitigation period terminates prior to December 17, 2017, Debtor must resume making their regular monthly mortgage payments to Secured Creditor.

6. This Order does not replace the rules and procedures of the Court's Loss Mitigation Program and both parties are bound by same.

7. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.