Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−32649−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Arthur F. Thompson
6173 Irving Ave
Merchantville, NJ 08109

Diane A. Thompson
6173 Irving Ave
Merchantville, NJ 08109

Social Security No.:
xxx−xx−6028

xxx−xx−6058

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on January 12, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: January 12, 2018
JAN: bc

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                       Case No. 16-32649-ABA
Arthur F. Thompson                                           Chapter 13
Diane A. Thompson
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Jan 12, 2018
                              Form ID: 148             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2018.
db/jdb         +Arthur F. Thompson,   Diane A. Thompson,    6173 Irving Ave,   Merchantville, NJ 08109-5322
aty            +Mark Nathan,   900 Route 168,   Suite F-3,   Blackwood, NJ 08012-3209
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516526460      +CREDIT ACCEPTANCE CORP,   25505 WEST 12 MILE RD,    SOUTHFIELD , MI 48034-8316
516521145      +Credit Acceptance,   PO Box 513,   Southfield, MI 48037-0513
516712844      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516706712       Emergency Physician Associates of South Jersey, PC,    PO Box 1123,   Minneapolis MN 55440-1123
516521148       IRS,   PO Box 725,   Special Procedures Function,    Springfield, NJ 7081
516521151      +Jeanes Hospital,   7600 Central Ave,   Philadelphia, PA 19111-2499
516521152       Kennedy Health System,   PO Box 48023,   Newark, NJ 07101-4823
516521153       Office Of Attorney General,   25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
516521156       PSE & G,   PO Box 14444,   New Brunswick, NJ 08906-4444
516521154      +Phelan Hallinan & Diamond, & Jones, PC,    400 Fellowship Road Suite 100,
                 Mt. Laurel, NJ 08054-3437
516521157     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,   Trenton, NJ 08695-0245)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2018 23:40:53     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2018 23:40:49     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm              EDI: WFFC.COM Jan 12 2018 23:23:00      America's Servicing Company (ASC),   PO Box 10335,
                 Des Moines, IA  50306-0335
cr              EDI: WFFC.COM Jan 12 2018 23:23:00      American's Servicing Company(ASC),   PO Box 10335,
                 Des Moines, IA  50306-0335
516521143       EDI: WFFC.COM Jan 12 2018 23:23:00      American Servicing,   P. O. Box 10388,
                 Des Moines, IA 50306-0388
516521144       E-mail/Text: clientrep@capitalcollects.com Jan 12 2018 23:41:49      Capital Collection Service,
                 Po Box 150,   West Berlin, NJ 08091-0150
516521146      +E-mail/Text: tropiann@einstein.edu Jan 12 2018 23:40:46      Einstein Practice Plan,
                 5401 Old York Road Suite 203,   Philadelphia, PA 19141-3044
516521149      +EDI: IRS.COM Jan 12 2018 23:23:00      IRS,   1601 Market St,   Philadelphia, PA 19103-2301
516716859      +E-mail/Text: bankruptcy@pseg.com Jan 12 2018 23:40:16      PSE&G,   PO Box 490,
                 Cranford, NJ 07016-0490
516521155      +EDI: AMINFOFP.COM Jan 12 2018 23:23:00      Premier Bankcard Inc.,   3820 N. Louise Ave.,
                 Souix Falls, SD 57107-0145
516714377      +EDI: JEFFERSONCAP.COM Jan 12 2018 23:23:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516668902      +EDI: RMSC.COM Jan 12 2018 23:23:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516521147*      IRS,   PO Box 744,   Springfield, NJ 07081-0744
516521150*     +Irs,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                            TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                 Page 2 of 2                  Date Rcvd: Jan 12, 2018
                               Form ID: 148                Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2018 at the address(es) listed below:

```
              Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2007-HE6 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series
               2007-HE6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2007-HE6 james.shay@phelanhallinan.com
              Seymour   Wasserstrum    on behalf of Joint Debtor Diane A. Thompson mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour   Wasserstrum    on behalf of Debtor Arthur F. Thompson mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```